UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Doug Felker,

                Plaintiff,

vs.                               ORDER ADOPTING
                                     REPORT AND RECOMMENDATION

Social Security,

                Defendant.          Civ. No. 09-777 (MJD/RLE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated April 13, 2009, and for failure to prosecute.

2. That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

DATED: June 23, 2009                          s/Michael J.Davis
At Minneapolis, Minnesota              Michael J. Davis, Chief Judge
                                                     United States District Court